## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**GUAGUA ALARCON HECTOR,**

    **Petitioner,**

**v.**                                                                  **Case No: 5:23-cv-317-WFJ-PRL**

**WARDEN, FCC COLEMAN-LOW,**

    **Respondent.**

_____

### ORDER DISMISSING CASE

Petitioner initiated this case on May 19, 2023, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See* Doc. 1. The Court's order (Doc. 2) instructed Petitioner to apply for pauper status or pay the filing fee within thirty days upon pain of dismissal. However, Petitioner ignored the order and failed to pay the required filing fee or file a request to proceed as a pauper within thirty days of the commencement of the case. Thus, this case is dismissed without prejudice. *See* 28 U.S.C. § 1914(a); *see also* Local Rule 6.04(b).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of Court** shall enter judgment and close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 22, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE


Copies furnished to: Pro Se Party